

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00247-CR

Cody Hinton **SPICER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 442082
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

The Notification of Late Record filed by Michael Stachowitz is deemed MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court